# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY BROUSSARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>3M COMPANY, AS SUCCESSOR BY MERGER TO MINNESOTA MINING & MANUFACTURING COMPANY AND/OR ITS PREDECESSORS/ SUCCESSORS IN INTEREST,<br><br>　　　　Defendant. | Case No.: 1-16-cv-00462-SEH<br><br>ORDER |

Upon review of the record, including: the pleadings filed, the parties' initial disclosures made under Fed. R. Civ. P. 26(a)(1), the disclosures of experts on January 30, 2017, and of rebuttal experts on February 27, 2017, the expiration of the deadline for completion of discovery of experts and non-experts on March 27, 2017, and upon expiration of the deadline established for supplemental filings required by this Court's Order of March 2, 2017 (Doc. No. 30), the Court has determined that significant pretrial issues warranting address by the Court are present and require prompt hearing.

ORDERED:

The Court will conduct a status conference and hearing with counsel at 10:00 a.m. (PT) (11:00 a.m. (MT)) on April 4, 2017, via video conference at the Robert E. Coyle Federal Courthouse, Courtroom I, Fresno, California, to address, *inter alia*, issues related to admissibility

at trial of the subject matter, topics, and content of each party's expert disclosures and reports (Doc. Nos. 36 and 37 and all attachments),[1] and of Plaintiff's Supplemental Expert Designation. (Doc. No. 36.)

DATED this 21st day of March, 2017.

SAM E. HADDON  
United States District Judge

---

[1] The Court's docket shows 12 attachments to Doc. No. 36 and 2 attachments to Doc. No. 37.