# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY BROUSSARD, | Case No.: 1-16-cv-00462-SEH |
| Plaintiff, | |
| v. | ORDER |
| 3M COMPANY, AS SUCCESSOR BY MERGER TO MINNESOTA MINING & MANUFACTURING COMPANY AND/OR ITS PREDECESSORS/ SUCCESSORS IN INTEREST, | |
| Defendant. | |

Plaintiff filed her Motion to Vacate Court Rulings on Expert Reports on April 6, 2017. (Doc. No. 44.)

Defendant filed its Motion for Summary Judgment on April 7, 2017. (Doc. No. 62.) Defendant's motion is substantially grounded in the Court's prior ruling that all retained experts are excluded from providing testimony at trial. (*See* Doc. No. 62.)

ORDERED:

Defendant shall have up to and including April 21, 2017, to serve and file a response brief to Plaintiff's Motion to Vacate Court Rulings on Expert Reports. An optional reply brief may be served and filed by Plaintiff on or before April 28, 2017.

The Court will set a hearing on the matter by further order of Court if appropriate.

DATED this 10th day of April, 2017.

SAM E. HADDON
United States District Judge

1