**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHIRLEY BROUSSARD,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY, AS SUCCESSOR BY MERGER TO MINNESOTA MINING & MANUFACTURING COMPANY AND/OR ITS PREDECESSORS/ SUCCESSORS IN INTEREST,<br><br>Defendant. | Case No.: 1-16-cv-00462-SEH<br><br>ORDER |

Among the several pretrial motions pending before the Court are Plaintiff's Motion to Vacate Court Rulings on Expert Reports (Doc. No. 44), 3M Company's Motion *in Limine* No. 15 to Exclude Certain Evidence and Argument (Doc. No. 59), and Plaintiffs' Omnibus Motion *in Limine* No. 3 (Doc. No. 65). Briefing schedules and hearing dates for all were established by Orders of March 2, 2017. (Doc. No. 30, 32 (as amended by Order of March 3, 2017, (Doc. No. 33).)

To assist the Court in addressing issues presented by the motions *in limine* identified above,

ORDERED:

1. Plaintiff will file, on or before April 21, 2017, a written response to each of the Defendants' motions *in limine* numbers 1 through 28 in Document Number 59 filed April 7,

1

2017, stating whether or not the motion is opposed in whole or in part. The responses for each motion opposed in whole or in part shall include a summary statement of the basis or bases in law asserted in opposition to the particular motion.

2. Defendant will file, on or before April 21, 2017, a written response to each of the Plaintiff's motions *in limine* numbers 1 through 9 in Document Number 65 filed April 7, 2017, stating whether or not the motion is opposed in whole or in part. The responses for each motion opposed in whole or in part shall include a summary statement of the basis or bases in law asserted in opposition to the particular motion.

DATED this 12th day of April, 2017.

*/s/ Sam G Haddon*
SAM E. HADDON
United States District Judge