# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY BROUSSARD,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY, AS SUCCESSOR BY MERGER TO MINNESOTA MINING & MANUFACTURING COMPANY AND/OR ITS PREDECESSORS/ SUCCESSORS IN INTEREST,<br><br>Defendant. | Case No.: 1-16-cv-00462-SEH<br><br>ORDER |

Pending before the Court is Plaintiff's Notice of Request to Seal Documents (Doc. No. 77) by which Plaintiff seeks to file certain medical records under seal.

ORDERED:

The request to file under seal (Doc. No. 77) is GRANTED.

DATED this 14th day of April, 2017.

SAM E. HADDON
United States District Judge

1