UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, BAKERSFIELD DIVISION

| SHIRLEY BROUSSARD, | CASE NO. 1:16-cv-00462-SEH |
|---|---|
| Plaintiff, | Assigned to: Hon. Sam E. Haddon |
| v. | **ORDER GRANTING 3M DOCUMENTS TO BE SEALED** |
| 3M COMPANY, AS SUCCESSOR BY MERGER TO MINNESOTA MINING & MANUFACTURING COMPANY AND/OR ITS PREDECESSORS/ SUCCESSORS IN INTEREST, | Complaint Filed: April 1, 2016 |
| | Trial Date: October 24, 2017 |
| Defendants. | |

Pending before the Court is 3M Company's ("3M") Notice of Request to Seal Documents (Doc. No. 80) by which 3M seeks to file certain documents under seal to be considered by the Court in addressing 3M's pending opposition to Plaintiff's Motion in Limine No. 2 (Doc. No. 64), Plaintiff's No-Evidence Motion for Partial Summary Judgment Regarding the Enforcement of 30 C.F.R. 11.140-5 (Doc. No. 66), and Plaintiff's Motion for Summary Judgment on Negligence Per Se (Doc. No. 67).

103375616\V-1

ORDERED:

3M's request to file under seal (Doc. No. 80) is GRANTED subject to and conditioned upon modification of the Protective Order (Doc. No. 21) as follows:

"Filing of documents under seal shall be conducted in compliance with L.R. 141. No document may be filed under seal, or considered by the Court or relied upon by any party, absent an order of Court so permitting."

"All parties understand and accept that any and all documents reviewed by the Court or relied upon by the Court, in whole or in part, in addressing or resolving any issue before the Court, including documents filed under seal, will be made public contemporaneously with the Court's ruling on the issue."

"None of the terms or conditions of any protective order shall apply to any information or documentation which hereafter becomes subject to public disclosure by order of Court or agreement of the parties."

FURTHER ORDERED:

All parties are notified that the Court will apply and enforce the provisions in these paragraphs stated above within quotation marks in resolving any issue before the Court. Any counsel having objection to implementation and enforcement of the three provisions within quotation marks above shall so notify the Court forthwith in writing, in which case the Protective Order (Doc. No. 21) will be vacated in its entirety.

DATED this 21st day of April, 2017.

SAM E. HADDON
United States District Judge