UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY BROUSSARD,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY, AS SUCCESSOR BY MERGER TO MINNESOTA MINING & MANUFACTURING COMPANY AND/OR ITS PREDECESSORS/ SUCCESSORS IN INTEREST,<br><br>Defendant. | Case No.: 1-16-cv-00462-SEH<br><br>ORDER |

Pending before the Court is, *inter alia*, Plaintiffs' [sic] Omnibus Motion in Limine No. 3, which contains nine subparts. (Doc. No. 65.)

Defendant does not oppose the following subparts of Plaintiff's motion in limine No. 3: 1, 5, 6, 8, 9. (Doc. No. 92.)

ORDERED:

The unopposed motions in subparts 1, 5, 6, 8, and 9 of Plaintiffs' Omnibus Motion in Limine No. 3 (Doc. No. 65) are GRANTED.

DATED this 27th day of April, 2017.

/s/ Sam E. Haddon

SAM E. HADDON
United States District Judge