# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY BROUSSARD,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY, AS SUCCESSOR BY MERGER TO MINNESOTA MINING & MANUFACTURING COMPANY AND/OR ITS PREDECESSORS/ SUCCESSORS IN INTEREST,<br><br>Defendant. | Case No.: 1-16-cv-00462-SEH<br><br>ORDER |

Pending before the Court are, *inter alia*, 3M Company's Motion in Limine No. 11 to Limit Special Damages for Medical Expenses to Amounts Actually Incurred (Doc. No. 55) and 3M Company's Motion in Limine No. 15 to Exclude Certain Evidence and Argument, containing 27 subparts, 1–23 and 25–28 (Doc. No. 59).

3M Company's motion in limine No. 11 (Doc. No. 99) and subparts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 16, 18, 19, 20, 22, 25, 27, and 28 of 3M Company's motion in limine No. 15 (Doc. No. 101) are not opposed.

ORDERED:

1. 3M Company's Motion in Limine No. 11 to Limit Special Damages for Medical Expenses to Amounts Actually Incurred (Doc. No. 55) is GRANTED.

2. The unopposed motions in subparts of 3M Company's Motion in Limine No. 15 to Exclude Certain Evidence and Argument (Doc. No. 59) Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 16, 18, 19, 20, 22, 25, 27, and 28 are GRANTED.

DATED this 27th day of April, 2017.

*/s/ Sam E. Haddon*

SAM E. HADDON
United States District Judge