# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY BROUSSARD,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY, AS SUCCESSOR BY MERGER TO MINNESOTA MINING & MANUFACTURING COMPANY AND/OR ITS PREDECESSORS/ SUCCESSORS IN INTEREST,<br><br>Defendant. | Case No.: 1-16-cv-00462-SEH<br><br><br>ORDER |

On April 7, 2017, Plaintiff filed two motions for summary judgment, each with a supporting brief and statement of undisputed facts. (Doc. Nos. 66, 67.) On April 21, 2017, Defendant filed a response in opposition to each of Plaintiff's motions for summary judgment. (Doc. Nos. 93, 94.) On April 28, 2017, Plaintiff filed a reply in support of each motion. (Doc. Nos. 108, 109.)

On April 7, 2017, Defendant filed a motion for summary judgment, with supporting brief and statement of undisputed facts. (Doc. No. 62.) On April 21, 2017, Plaintiff filed a response in opposition to Defendant's motion for summary judgment (Doc. No. 90), a Response to

Defendant's Statement of Undisputed Statement of Facts (Doc. No. 104), and a Statement of Disputed Facts (Doc. No. 105). On April 28, 2017, Defendant filed a reply in support of its motion. (Doc. No. 125.)

L.R. 260(b) requires:

> Any party opposing a motion for summary judgment or summary adjudication shall reproduce the itemized facts in the Statement of Undisputed Facts and admit those facts that are undisputed and deny those that are disputed, including with each denial a citation to the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon in support of that denial. The opposing party may also file a concise "Statement of Disputed Facts," and the source thereof in the record, of all additional material facts as to which there is a genuine issue precluding summary judgment or adjudication. The opposing party shall be responsible for the filing of all evidentiary documents cited in the opposing papers. See L.R. 133(j).

Neither Plaintiff nor Defendant has complied with L.R. 260(b) in responding to the opposing party's motion(s) for summary judgment.

ORDERED:

Both Plaintiff and Defendant shall take all steps necessary and appropriate to completely address, file, and document to the record any and all materials necessary to fully comply with each and all requirements of L.R. 260(b) on or before May 5, 2017.

DATED this 1st day of May, 2017.

SAM E. HADDON
United States District Judge

2