# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY BROUSSARD,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY, AS SUCCESSOR BY MERGER TO MINNESOTA MINING & MANUFACTURING COMPANY AND/OR ITS PREDECESSORS/ SUCCESSORS IN INTEREST,<br><br>Defendant. | Case No.: 1-16-cv-00462-SEH<br><br>ORDER |

Plaintiff filed her Notice of Request to Seal Document (Doc. No. 128) on May 5, 2017.

L.R. 141(a) states in pertinent part: "Documents may be sealed only by written order of the Court, *upon the showing required by applicable law.*" (Emphasis added.) Plaintiff has made no such showing.

ORDERED:

Plaintiff's Notice of Request to Seal Document (Doc. No. 128) is DENIED.

DATED this 5th day of May, 2017.

SAM E. HADDON
United States District Judge