# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY BROUSSARD, | Case No.: 1-16-cv-00462-SEH |
| Plaintiff, | |
| v. | ORDER |
| 3M COMPANY, AS SUCCESSOR BY MERGER TO MINNESOTA MINING & MANUFACTURING COMPANY AND/OR ITS PREDECESSORS/ SUCCESSORS IN INTEREST, | |
| Defendant. | |

Pending before the Court is, *inter alia*, 3M Company's Motion in Limine No. 12 to Bifurcate the Issue of Punitive Damages and to Exclude Evidenc [sic] of Financial Condition During Compensatory Phase of Trial (Doc. No. 56).

Plaintiff in opposition "stipulates that the trial be bifurcated on the issue of punitive damages, and that Plaintiff will refrain from offering evidence of 3M's net worth during the first phase of the trial." (Doc. No. 87 at 2.)

ORDERED:

3M Company's Motion in Limine No. 12 to Bifurcate the Issue of Punitive Damages and to Exclude Evidenc [sic] of Financial Condition During Compensatory Phase of Trial (Doc. No. 56) is GRANTED as follows: any and all evidence or argument relating to or bearing on any aspect of any claim for punitive damages during or as a part of evidence or argument in the liability, causation, and compensatory damages phase or part of trial proceedings is excluded.

DATED this 19th day of May, 2017.

SAM E. HADDON
United States District Judge

1