UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY BROUSSARD,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY, AS SUCCESSOR BY MERGER TO MINNESOTA MINING & MANUFACTURING COMPANY AND/OR ITS PREDECESSORS/ SUCCESSORS IN INTEREST,<br><br>Defendant. | Case No.: 1-16-cv-00462-SEH<br><br>ORDER |

The Court conducted a status conference and hearing with counsel on May 23, 2017, via video conference with the Court participating from the Paul G. Hatfield Courthouse, Courtroom I, Helena, Montana, and counsel participating from the Robert E. Coyle Federal Courthouse, Courtroom I, Fresno, California. Plaintiff was represented by Michael B. Martin, Esq., and Stephen L. Backus, Esq. Defendant was represented by Mordecai D. Boone, Esq., and Jayme C. Long, Esq.

Upon the record made in open court,

ORDERED:

1. Plaintiff's Motion to Vacate Court Rulings on Expert Reports (Doc. No. 44) is DENIED.

2. Plaintiff's No-Evidence Motion for Partial Summary Judgment Regarding the Enforcement of 30 C.F.R. 11.1140-5 (Doc. No. 66) and Plaintiff's Motion for Summary Judgment on Negligence Per Se (Doc. No. 67) are DENIED.

3. Defendant 3M Company's Motion for Summary Judgment (Doc. No. 62) is DENIED.

4. Plaintiff's Motion in Limine No. 1 (Doc. No. 63) is GRANTED.

5. Ruling on Plaintiff's Motion in Limine No. 2 (Doc. No. 64) is RESERVED.

1

6. The motions in subparts 2 and 3 of Plaintiff's Motion in Limine No. 3 (Doc. No. 65) are GRANTED.

7. Defendant's motions in limine Nos. 1 (Doc. No. 45), 3 (Doc. No. 47), 7 (Doc. No. 51), 8 (Doc. No. 52), 9 (Doc. No. 53), 10 (Doc. No. 54), and 13 (Doc. No. 57) are GRANTED.

8. Defendant's motions in limine Nos. 2 (Doc. No. 46), 4 (Doc. No. 48), 5 (Doc. No. 49), 6 (Doc. No. 50), and 14 (Doc. No. 58) are DENIED.

9. The motions in subparts 14, 17, 21 of Defendant's motion in limine No. 15 (Doc. No. 59) are GRANTED.

10. The motion in subpart 23 of Defendant's motion in limine No. 15 (Doc. No. 59) is DENIED.

11. Ruling on the motion in subpart 26 of Defendant's motion in limine No. 15 (Doc. No. 59) is RESERVED.

DATED this 23rd day of May, 2017.

SAM E. HADDON
United States District Judge