# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY BROUSSARD,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY, AS SUCCESSOR BY MERGER TO MINNESOTA MINING & MANUFACTURING COMPANY AND/OR ITS PREDECESSORS/ SUCCESSORS IN INTEREST,<br><br>Defendant. | Case No.: 1-16-cv-00462-SEH<br><br>ORDER |

The Court's Order of March 3, 2017, (Doc. No. 30) directed the parties to sign and file a proposed pretrial order on or before August 25, 2017. None was filed. Moreover, the Court has received no communication of any sort from any of counsel of record by way of reason or explanation or excuse for why the pretrial order was not filed as ordered, or as to whether or to what extent other and additional tasks necessary to preparation of the case for trial, previously ordered to have been addressed, accomplished, and resolved by counsel before filing of the pretrial order were in fact so addressed, accomplished, and resolved, in whole or in part, or at all.

Meaningful preparation of the case for trial cannot proceed absent (1) accomplishment by counsel of the tasks assigned by the Court and (2) submission and filing of the pretrial order.

1

ORDERED:

The trial set to commence on October 24, 2017, is VACATED. The hearings set for September 11, 2017, and October 11, 2017 are VACATED. All remaining deadlines established by prior orders of Court are VACATED to be reset, if appropriate, upon motion and hearing, and upon specific finding by the Court of excusable neglect and good cause justifying the parties' failure or refusal to comply with the orders of Court issued and of record in this matter.

DATED this 31st day of August, 2017.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge