UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY BROUSSARD,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY, AS SUCCESSOR BY MERGER TO MINNESOTA MINING & MANUFACTURING COMPANY AND/OR ITS PREDECESSORS/ SUCCESSORS IN INTEREST,<br><br>Defendants. | Case No.: 1-16-cv-00462-SEH<br><br>ORDER |

The Court's Order of March 3, 2017,[1] directed that a proposed pretrial order be signed and filed on or before August 25, 2017. None was filed. No request was made by counsel to extend the proposed pretrial order filing date.

On August 31, 2017, the Court issued its Order which, *inter alia*: (1) vacated the trial set for October 24, 2017; and (2) vacated the pretrial hearings set for September 11, 2017, and October 11, 2017, for reason that:

> [T]the Court has received no communication of any sort from any of counsel of record by way of reason or explanation or excuse for why the pretrial order was not filed as ordered, or as to whether or to what extent other and additional tasks necessary to preparation of the case for trial, previously ordered to have been addressed,

---
[1] Doc. 30.

1

accomplished, and resolved by counsel before filing of the pretrial order were in fact so addressed, accomplished, and resolved, in whole or in part, or at all.

Meaningful preparation of the case for trial cannot proceed absent (1) accomplishment by counsel of the tasks assigned by the Court and (2) submission and filing of the pretrial order.[2]

No filings or communication of any sort have been received from any counsel since the Order of August 31, 2017, was entered. No excuse has been offered or suggested to attempt to explain or justify what appears from the record to have been a deliberate pattern of refusal of counsel of record to carry out their responsibilities to comply with the orders of the Court.

ORDERED:

Lead counsel for Plaintiff and Defendant shall personally appear before the Court at 10:00 a.m. PT (11:00 a.m. MT) on the 28th day of September, 2017, via video conference at the Robert E. Coyle Federal Courthouse, Courtroom I, Fresno, California, to show cause, if any, to fully explain and justify why the previous orders of the Court were not obeyed, and to fully explain and justify why this case should not be dismissed for failure to prosecute.

DATED this 11th day of September, 2017.

SAM E. HADDON
United States District Judge

---

[2] Doc. 147 at 1-2.

2