# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY BROUSSARD, | Case No.: 1-16-cv-00462-SEH |
| Plaintiff, | |
| v. | ORDER |
| 3M COMPANY, AS SUCCESSOR BY MERGER TO MINNESOTA MINING & MANUFACTURING COMPANY AND/OR ITS PREDECESSORS/ SUCCESSORS IN INTEREST, | |
| Defendants. | |

A Stipulation of Dismissal With Prejudice of Defendant 3M Company having been filed,

ORDERED:

1.     All claims against Defendant 3M Company are DISMISSED WITH PREJUDICE, each party to bear their own costs and attorneys' fees.

2.     The hearing set for September 28, 2017, is VACATED.

DATED this _13th_ day of September, 2017.

SAM E. HADDON
United States District Judge

1